427 F.2d 719
 Allie REYNOLDS, on behalf of himself, and all other former
and present Major League Baseball Players
similarly situated, Plaintiff-Appellant,
v.
John W. GALBREATH, Calvin Griffith, James P. Bunning and
Richard Hall, as constituting the Major League Baseball
Players' Pension Committee, and Charles Segar as the Major
League Baseball Players' Pension Committee Administrator,
Defendants-Appellees, and Major League Baseball Players
Association, Intervening Defendant-Appellee.
 No. 737, Docket 34542.
 United States Court of Appeals, Second Circuit.
 Argued May 1, 1970.
Decided May 18, 1970.
 
 J. Norman Lewis, New York City (Nemeroff, Jelline, Danzig, Paley & Kaufman, New York City, of counsel), for plaintiff-appellant.
 John H. Morse, New York City (Cravath, Swaine & Moore, Edward O. Byrne, Jeffrey M. Bernback, New York City, of counsel), for defendants-appellees.
 Richard M. Moss, New York City, for intervening defendant-appellee.
 Before HAYS, ANDERSON and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the basis of the late Judge Herlands' opinion in the district court (S.D.N.Y. April 20, 1969).